IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2995-AP**

**EDNA LEE RODRIGUEZ,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On August 13, 2014, this court issued an Order to Show Cause directing plaintiff to show cause, if any, why this case should not be dismissed for failure to serve within 120 days.  To date, no such showing has been made.  It is, therefore

**ORDERED**, this case is **DISMISSED** without prejudice pursuant to Rule 4(m), Federal Rules of Civil Procedure.

DATED at Denver, Colorado this 26th day of August, 2014.

        BY THE COURT:

        *s/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT